UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEITH LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-1405-G |
| ALLSTATE VEHICLE AND PROPERTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's agreed Rule 12(b)(1) motion to dismiss without prejudice for lack of subject matter jurisdiction and Rule 12(b)(6) motion to dismiss without prejudice (docket entry 11) is **GRANTED** and plaintiff's claims are **DISMISSED** without prejudice.

**SO ORDERED**.

June 23, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**